**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Jennifer E. Duggan, SBN 183833
Bart E. Hightower, SBN 207189
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorneys for Defendants
SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT and SHERIFF LOU BLANAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARDO MEDINA-TEJADA,<br><br>Plaintiff,<br><br>vs.<br><br>SACRAMENTO COUNTY; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SHERIFF LOU BLANAS; and DOES 1 through XXX, inclusive,<br><br>Defendants.<br>_____/ | Case No. CIV-S-04-0138 FCD DAD<br><br>**STIPULATION TO EXTEND TIME FOR DISCOVERY**<br>**[FRCP Rule 29, Local Rule 37-251]** |

Counsel for Plaintiff, RICARDO MEDINA-TEJADA and counsel for Defendants SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, and SHERIFF LOU BLANAS, have met and conferred regarding the need for additional time for discovery beyond June 26, 2005, the court-ordered close of discovery. Counsel have met and

conferred several times regarding discovery issues and scheduling difficulties and, since the court's March 31, 2005 order regarding discovery matters, all counsel have worked cooperatively and diligently in conducting discovery.  All counsel agree that the difficulty of locating witnesses, and the fact Plaintiff had to be deposed outside the State of California, have made it necessary to extend the time for discovery so that both Plaintiff's counsel and defense counsel will have adequate time to conduct discovery necessary to prepare the case for settlement or trial.

On June 24, 2005, defense counsel contacted Plaintiff's counsel, Dani Williams, and offered to stipulate to extend the time for discovery so that all parties might conclude necessary discovery already underway prior to the June 26, 2005 close of discovery. On June 24, 2005, counsel for Plaintiff and counsel for Defendants agreed to extend the time for discovery. Accordingly, all counsel hereby stipulate and agree to extend the time for discovery up to and including November 30, 2005, and request the court make an order modifying its Amended Pretrial Scheduling Order of May 4, 2004, to extend the time for discovery from June 26, 2005 up to and including November 30, 2005.

The parties are willing to move the trial date or keep the trial date as the court may desire.

DATED: July 14, 2005                PORTER, SCOTT, WEIBERG & DELEHANT
                                    A Professional Corporation


                                    By    /s/ Bart E. Hightower
                                          Jennifer E. Duggan
                                          Bart E. Hightower
                                          Counsel for Defendants


DATED: July 14, 2005                By    /s/ Dani Williams
                                          Dani Williams
                                          Robert Masuda
                                          Counsel Plaintiff

ORDER

Pursuant to the stipulation entered above the court finds good cause to extend the discovery deadline as requested.  However, in light of the length of the granted extension the court shall also extend all other deadlines currently set in this matter.  Accordingly, the discovery deadline is RESET to November 30, 2005.  All dispositive motions shall be heard no later than February 10, 2006.  The final pretrial conference is RESET to April 28, 2006 at 1:30 p.m.  The joint pretrial statement shall be submitted no later than April 21, 2006.  The jury is RESET to June 27, 2006 at 9:00 a.m.

**IT IS SO ORDERED:**

DATED: JULY 14, 2005

                                              **/s/ Frank C. Damrell Jr.**
                                              **FRANK C. DAMRELL JR.**
                                              **U.S. District Judge**