UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICHARDO MEDINA-TEJADA,

    Plaintiffs,

  v.

SACRAMENTO COUNTY, et al.,

    Defendants.

_____/

NO. CIV. S-04-0138 FCD/DAD

**ORDER RE: SETTLEMENT AND DISPOSITION**

Pursuant to the representations of the plaintiff's in the above action the court has determined that this case has settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before May 30, 2006. All dates set in this matter, including any pending motions, are hereby VACATED.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

    IT IS SO ORDERED.

Dated: April 13, 2006

                        /s/ Frank C. Damrell Jr.
                        FRANK C. DAMRELL, JR.
                        United States District Judge